JAMES HAROLD ET AL. V. MOLINE, MILBURN & STODDARD COMPANY.

FILED JUNE 22, 1895. No. 6375.

1. **Review**: JOINT ASSIGNMENTS OF ERROR. A joint assignment of error by several parties which cannot be sustained as to all who joined therein will be held bad as to all.

ERROR from the district court of Douglas county. Tried below before HOPEWELL, J.

*George W. Cooper, John W. Cooper,* and *Stevens, Love & Cochran,* for plaintiffs in error.

*Switzler & McIntosh* and *Elmer E. Thomas, contra.*

NORVAL, C. J.

The Moline, Milburn & Stoddard Company brought two actions in justice's court against James Harold and J. C. Christensen, each suit being upon a promissory note executed by the defendants. Judgments were rendered against them, and thereupon they prosecuted appeals to the district court, where the suits were consolidated by stipulation of the parties. There was a trial in the court below to a jury, with a verdict in favor of the plaintiff in the sum of $260.23, upon which judgment was rendered on

May 26, 1893.    Afterwards, on the 5th day of July, 1893, judgment for said amount, on motion of the plaintiff, was likewise rendered by the court against Swan Peterson and Mada D. Peterson, sureties on the appeal undertakings. J. C. Christensen, James Harold, and the Petersons prosecute error, they having filed in this court a joint petition in error.    An examination of the several errors therein assigned discloses not one which affects all the plaintiffs in error jointly.    The case is therefore controlled by *Gordon v. Little*, 41 Neb., 250, and *Small v. Sandall*, 45 Neb., 306, where it was held that a petition in error is indivisible, and when made jointly by several parties it will be overruled as to all if it cannot be sustained as to all.

JUDGMENT AFFIRMED.